THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 William Archie McFalls, Appellant.
 
 
 

Appeal from Greenville County
John C. Few, Circuit Court Judge

Unpublished Opinion No.  2007-UP-203
Submitted May 1, 2007  Filed May 9, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Arail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  William Archie McFalls appeals his conviction of committing a lewd act on a minor and sentence of fifteen years.  He maintains the trial court erred in failing to charge the jury that reasonable doubt could arise from a lack of evidence.  After a thorough review of the record, counsels brief, and McFalls pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] McFalls appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.